THE KIRKE LA ˙ SHELLE COMPANY, Respondent, *v.*
CATHERINE C. ARMSTRONG, as Administratrix of the
Estate of PAUL ARMSTRONG, Deceased, Appellant.

*Kirke La Shelle Co.* v. *Armstrong*, 173 App. Div. 232, affirmed.
(Argued June 4, 1918; decided July 12, 1918.)

APPEAL from a judgment, entered June 16, 1916,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department overruling defend-
ant's exceptions, ordered to be heard in the first instance
by the Appellate Division, denying a motion for a new
trial and directing judgment in favor of plaintiff upon the
verdict directed by the trial court. The complaint alleged
that defendant's intestate, a playwright, entered into a
written agreement with one Kirke La Shelle, a producer
of plays, wherein he (Armstrong) held himself out to be
the author and owner of a copyrighted play entitled
" The Heir to Hoorah," and further represented that his
title thereto was good and perfect, and that he was in
a position to convey title to said play to said Kirke
La Shelle, together with the exclusive rights to perform
and produce the play before the public; that by reason
of the foregoing representations said Kirke La Shelle
and his assignors were induced to purchase and produce
the play; that thereafter action was brought against
them by a third party for infringement of copyright and
judgment recovered therein, wherefore plaintiff demanded
judgment against defendant for the amount of that judg-
ment, together with the amount expended in defending
the litigation and the purchase money paid, alleging false
and fraudulent representations. The defendant denied
the material allegations in the complaint and invoked the
Statute of Limitations as a bar to recovery.

*Phelan Beale* for appellant.

*Reese D. Alsop* and *Leavitt J. Hunt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, CARDOZO and MCLAUGHLIN, JJ.